**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Western District of Virginia

Case number (if known): _____  Chapter __12__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Pricker Bush Farm, LLC |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 4 7 – 2 7 2 5 8 1 4 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 9961 Falling Creek Rd<br>Number    Street | Number    Street |
| Huddleston, VA 24104-4012<br>City          State    ZIP Code | P.O. Box |
| | City          State    ZIP Code |
| Bedford<br>County | **Location of principal assets, if different from principal place of business**<br>Number    Street<br><br>City          State    ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☑ Other. Specify:    Limited Liability Company

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page **1**

Debtor  Pricker Bush Farm, LLC  
Name

Case number (if known) _____

| 7. Describe debtor's business | A. *Check one:* |
|---|---|
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |
| | |
| | B. *Check all that apply:* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . __ __ __ __ |

| 8. Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|
| A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | ☐ Chapter 7 |
| | ☐ Chapter 9 |
| | ☐ Chapter 11. **Check all** that apply: |
| | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☐ A plan is being filed with this petition. |
| | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☑ Chapter 12 |

| 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ☑ No |
|---|---|
| If more than 2 cases, attach a separate list. | ☐ Yes. District _____ When _____ Case number _____ |
| | MM / DD / YYYY |
| | District _____ When _____ Case number _____ |
| | MM / DD / YYYY |

| 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☑ No |
|---|---|
| List all cases. If more than 1, attach a separate list. | ☐ Yes. Debtor _____ Relationship _____ |
| | District _____ When _____ |
| | MM / DD / YYYY |
| | Case number, if known _____ |

Debtor    Pricker Bush Farm, LLC    Case number *(if known)*
      Name

| | |
|---|---|
| **11. Why is the case filed in *this* district?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number    Street<br>_____<br>City    State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000  ☐ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor   Pricker Bush Farm, LLC   Case number *(if known)* _____
      Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/23/2023
               MM/ DD/ YYYY

X   /s/ Kim M. McCord                                Kim M. McCord
Signature of authorized representative of debtor      Printed name

Title   Member

**18. Signature of attorney**

X   /s/ David Cox                   Date   03/23/2023
Signature of attorney for debtor                MM/ DD/ YYYY

David Cox
Printed name

Cox Law Group
Firm name

900 Lakeside Drive
Number   Street

Lynchburg                                VA          24501
City                                     State       ZIP Code

_____                          david@coxlawgroup.com
Contact phone                            Email address

38670                                    VA
Bar number                               State

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

IN RE: **Pricker Bush Farm, LLC**                                                          CASE NO

                                                                                           CHAPTER **12**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ____03/23/2023_____    Signature _____/s/ Kim M. McCord_____
                                                     Kim M. McCord, Member

American Bank Finance
9436 Hamilton Dr.
Mentor, OH 44060

American Bank, NA
PO Box 342573
Austin, TX 78734

Blue Ridge Financial
11921 Freedom Dr Ste 1130
Reston, VA 20190-6225

Channel Partners Capital
11100 Wayzata Blvd Ste 305
Hopkins, MN 55305-5537

CNH Capital
Po Box 1700
New Holland, PA 17557-0917

CNH Industrial Capital
500 Diller Ave
New Holland, PA 17557-9301

CNH Industrial Capital America LLC
C/O CT Corporation System, Reg Agent
5729 Washington Ave Ste. 285
Racine, WI 53406

Commodity Specialists Company
17220 Wright St Ste 200
Omaha, NE 68130-4667

Financial Pacific Leasing Inc
3455 S 344th Way Ste 300
Federal Way, WA 98001-9546

Grover D. Gilliam
240 Angus Rd
Concord, VA 24538

Internal Revenue Service**
Unit 400
Box 76
Richmond, VA 23240-0000

John Deere Financial
PO Box Box 5328
Madison, WI 53705

John Deere Financial
P.O. Box 6600
Johnston, IA 50131

Kim M McCord
9712 Falling Creek Rd
Huddleston, VA 24104

Rockingham Cooperative Farm Bureau
112 Meigs Ln
Dayton, VA 22821

Roxanne Falls
1725 S. Coronado Rd 3017
Gilbert, AZ 85295

Roxanne Falls
c/o James Gilbert, Esq.
16475 Booker T. Washington Hwy
Moneta, VA 24121

Va Department Of Taxation*
P O Box 2156
Richmond, VA 23218-0000